UNITED STATES DISTRICT COURT

Northern District of California

ONEWEST BANK,FSB,

                Plaintiff(s),

   v.

BENJAMIN SANCHEZ and ELVIA SANCHEZ,

                Defendant(s).
_____/

No. C 10-0936 MEJ

**ORDER VACATING CMC**

**ORDER FOR PARTIES TO FILE STATUS REPORT**

     This matter is currently scheduled for a case management conference on June 10, 2010. However, no filings have been made in this case since it was removed to this Court on March 5, 2010. Accordingly, the Court hereby VACATES the June 10, 2010 Case Management Conference and ORDERS the parties to file a joint status report by June 24, 2010.

     **IT IS SO ORDERED.**

Dated: June 4, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ONEWEST BANK,FSB,

        Plaintiff,

  v.

BENJAMIN SANCHEZ et al,

        Defendant.

Case Number: CV10-00936 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Doug Viet Pham
Robert J. Jackson & Associates, Inc.
4199 Campus Drive
Suite 700
Irvine, CA 92612-2698

Benjamin Sanchez
Elvia Sanchez
1412 Garvin Avenue
Richmond, CA 94801

Dated: June 4, 2010

                        Richard W. Wieking, Clerk
                        By: Brenda Tolbert, Deputy Clerk